JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH WILLIAMS, | NO. CV 06-07314 FMC (SS) |
| Petitioner, | **JUDGMENT** |
| v. | |
| WALKER, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: Oct. 30, 2008

FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE